UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
12/6/07
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

GWENDA F. GREEN

CASE NO. 3:07-cr-331-J-25TEM
18 U.S.C. § 641

## INFORMATION

The United States Attorney charges:

### COUNT ONE

From on or about December 2002 to on or about July 2007, onboard Naval Station Mayport, Florida and Naval Air Station, Jacksonville, Florida, in Duval County, in the Middle District of Florida,

GWENDA F. GREEN

the defendant, herein, did knowingly and willfully steal and convert to her own use, monies and other things of value of the United States and a department and agency thereof, namely cash, merchandise and other goods belonging to the Navy Exchange Command, of a value in excess of $1000.00.

In violation of Title 18, United States Code, Section 641.

ROBERT E. O'NEILL
United States Attorney

By: *(signature)*
CLAY P. HAHS
Special Assistant United States Attorney

By: *(signature)*
RONALD T. HENRY
Assistant United States Attorney
Deputy Chief, Jacksonville Division