UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO. 3:07-cr-331-J-25TEM

GWENDA F. GREEN

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, states to the Court as follows:

1. A sentencing hearing is pending in this Court for Gwenda F. Green (Jail No. 2008012062) in the above styled case, and it is set for June 17, 2008, at 9:30 a.m. in Courtroom 10A, United States Courthouse, Jacksonville, Florida.

2. The defendant is now confined in the Montgomery Correctional Center at 4727 Lannie Road, Jacksonville, Florida.

3. It is necessary to have said defendant before this Court for the sentencing hearing as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said defendant and have her before this Court at the time and place above specified for sentencing, and upon completion of all proceedings in this case to return the said

defendant to the custody of the Warden, Montgomery Correctional Center, and also directing the said Montgomery Correctional Center to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

        Respectfully submitted,

        ROBERT E. O'NEILL
        United States Attorney

By:    *s/ Ronald D. DeSantis*
        Ronald D. DeSantis
        Special Assistant United States Attorney
        FL Bar #0015976
        300 North Hogan Street, Suite 700
        Jacksonville, Florida  32202-4270
        Telephone:  (904) 301-6300
        Facsimile:   (904) 301-6310
        E-mail:      ronald.desantis@usdoj.gov